# Court of Appeals
# of the State of Georgia

ATLANTA,  October 31, 2012

*The Court of Appeals hereby passes the following order:*

## A13A0425, A13A0426.  LUCIOUS BOSWELL v. J. A. KELLER, WARDEN.

Lucious Boswell was convicted of possession of cocaine and possession of cocaine with intent to distribute in 1991.  In both cases, Boswell filed an "Application for Writ Coram Nobis or Audita Querela" in 2011.  The trial court denied Boswell's applications.  Boswell appealed to the Supreme Court, which transferred the cases to this Court.  We lack jurisdiction.

Our jurisdiction cannot rest on the dismissal of Boswell's petitions for writ of error coram nobis.  This type of writ "is the ancestor of the current extraordinary motion for new trial." *Crews v. State*, 175 Ga. App. 300 (333 SE2d 176) (1985).  In substance, therefore, the petition is an extraordinary motion for new trial. And under OCGA § 5-6-35 (a) (7), appeals from the denial or dismissal of an extraordinary motion for new trial must comply with the discretionary appeal procedure. Boswell's failure to comply with the necessary procedure deprives us of jurisdiction over his appeals, which are hereby DISMISSED.  See *Crews*, supra.



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta,  10/31/2012
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*